| | |
|---|---|
| 1 | James R. Asperger (SBN 83188) |
| | jimasperger@quinnemanuel.com |
| 2 | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| 3 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| 4 | Tel: 213-443-3000 |
| | Fax: 213-443-3100 |
| 5 | |
| 6 | Michael B. Carlinsky |
| | michaelcarlinsky@quinnemanuel.com |
| 7 | Maria Ginzburg |
| | mariaginzburg@quinnemanuel.com |
| 8 | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| 9 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 10 | Tel: 212-849-7000 |
| | Fax: 212-849-7100 |

*Attorneys for All Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION, *et al.*, <br><br>Defendants. | Case No. 11-CV-10549-MRP (MANx) <br><br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL EXHIBITS H, M, AND EE TO DECLARATION OF JAMES R. ASPERGER IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

ORIGINAL

2013 MAR 19 PM 12: 47

01456.62226/5241617.1

Case No. :11-cv-10549 MRP(MANx)
APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1, Plaintiffs American International Group, Inc.,
2  AIG Securities Lending Corp., American General Life and Accident Insurance Co.,
3  American General Life Insurance Co., American General Life Insurance Co. of
4  Delaware, American Home Assurance Co., American International Group
5  Retirement Plan, Chartis Property Casualty Co., Chartis Select Ins. Co., Chartis
6  Specialty Ins. Co., Commerce and Industry Insurance Co., Lexington Insurance Co.,
7  National Union Fire Insurance Co. of Pittsburgh, PA, New Hampshire Insurance
8  Co., SunAmerica Annuity and Life Insurance Co., SunAmerica Life Insurance Co.,
9  The Insurance Company of the State of Pennsylvania, The United States Life
10 Insurance Company in the City of New York, The Variable Annuity Life Insurance
11 Co., and Western National Life Insurance Co. (collectively, "AIG"), through its
12 counsel, applies for an order permitting AIG to file under seal Exhibits H, M, and
13 EE of the Declaration of James R. Asperger in Support of AIG's Memorandum of
14 Points and Authorities in Further Opposition to Defendant's Motion to Dismiss.

15 AIG's request permission to file under seal because the documents contain
16 information that the producing party designated as confidential, pursuant to the
17 Protective Order entered by this Court on March 4, 2013. Such information
18 contains confidential, sensitive business information that would cause harm to
19 Plaintiff's were it filed publically. Plaintiff's respectfully request the information be
20 filed under seal.

22 A proposed order granting this application is enclosed.

23 DATED: March 28, 2013    QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP

                            By _____
                            James R. Asperger
                            Attorneys for Plaintiffs