James R. Asperger (SBN 83188)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

*Attorneys for Plaintiffs*

Amy J. Greer (*pro hac vice*)
agreer@reedsmith.com
Jennifer L. Achilles (*pro hac vice*)
jachilles@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., AIG SECURITIES LENDING CORPORATION, AMERICAN GENERAL LIFE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP RETIREMENT PLAN, CHARTIS PROPERTY CASUALTY COMPANY, CHARTIS SPECIALTY INSURANCE COMPANY, COMMERCE AND INDUSTRY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, NEW HAMPSHIRE INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, THE UNITED | Case No. 11-ML-02265-MRP (MANx)<br><br>Case No. 11-CV-10549-MRP (MANx)<br><br>**JOINT SUBMISSION REGARDING MODIFICATION OF THE DISCOVERY ORDER** |

1  STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, and THE
2  VARIABLE ANNUITY LIFE INSURANCE COMPANY,
3
                    Plaintiffs,
4
       -against-
5
   COUNTRYWIDE FINANCIAL
6  CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE
7  SECURITIES CORPORATION, CWABS, INC., CWALT, INC., CWHEQ, INC.,
8  CWMBS, INC., and BANK OF AMERICA, NATIONAL ASSOCIATION (as successor-
9  by-merger to COUNTRYWIDE BANK, NATIONAL ASSOCIATION)
10
                    Defendants.
11

On September 11, 2013, the Court issued an Order Regarding Discovery (the "Discovery Order"). It has subsequently become apparent that a material number of the loan tapes that are integral to the sampling process need to be obtained from third parties. The parties, having met and conferred, have therefore reached agreement that the deadlines for Plaintiffs to submit their expert report on loan sampling methodology, as well as the timing of any *Daubert* motions challenging that loan sampling methodology, should be modified as follows, to allow for the additional time required to obtain loan tapes from third parties.

| Event | Deadline |
|---|---|
| AIG identifies its chosen loan samples, by loan number, for the 112 Countrywide-sponsored securitizations at issue in this case | October 3, 2013 |
| AIG serves expert report on loan sampling methodology, which shall identify its chosen samples, by loan number, for the remaining 51 third-party securitizations, and describe the methodology used, its bases, and how it was applied to the population of loans. | December 20, 2013[1] |
| Date for filing any *Daubert* motions challenging AIG's loan sampling methodology | February 10, 2014 |
| Oppositions to *Daubert* motions on loan sampling | March 12, 2014 |
| Replies in support of *Daubert* motions on sampling | April 2, 2014 |
| Proposed date for hearing on *Daubert* motions on sampling | April 16, 2014 |

All other dates set forth in the Discovery Order remain the same.

Accordingly, the undersigned parties, by and through their respective counsel of record, respectfully request that the Court enter the [Proposed] Order Regarding Modification of the Discovery Order attached as Exhibit A.

---

[1] The parties agree that this schedule may be revisited if Plaintiffs are unable to meet the December 20, 2013 deadline due to the timing of third-party document productions.

| | | |
|---|---|---|
| DATED: | October 3, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By _____

James R. Asperger
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

*Attorneys for AIG Plaintiffs*

| | | |
|---|---|---|
| DATED: October 3, 2013 | | REED SMITH LLP<br>　　JAMES L. SANDERS<br>　　DAVID M. HALBREICH<br>　　AMY J. GREER<br>　　JENNIFER L. ACHILLES |
| | | By: _____ */s/ Amy J. Greer* _____ |
| | | *Attorneys for Defendants*<br>Countrywide Financial Corporation;<br>Countrywide Capital Markets LLC;<br>Countrywide Home Loans, Inc.;<br>Countrywide Securities Corporation;<br>CWABS, Inc.; CWALT, Inc.;<br>CWHEQ, Inc.; and CWMBS, Inc. |
| DATED: October 3, 2013 | | MUNGER, TOLLES & OLSON LLP<br>　　MARC T.G. DWORSKY<br>　　STEPHEN M. KRISTOVICH<br>　　DAVID H. FRY<br>　　RICHARD C. ST. JOHN |
| | | By: _____ */s/ David H. Fry* _____ |
| | | *Attorneys for Defendants*<br>Bank of America, National Association (as successor-by-merger to Countrywide Bank, National Association) |