ORIGINAL

*lodged prop ord.*

FILED 2013 OCT 15 PM 4:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

1. James R. Asperger (SBN 83188)
   jimasperger@quinnemanuel.com
2. **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
3. 865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017
4. Tel: 213-443-3000
   Fax: 213-443-3100

5.

6. Michael B. Carlinsky
   michaelcarlinsky@quinnemanuel.com
   Maria Ginzburg
7. mariaginzburg@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
8. 51 Madison Avenue, 22nd Floor
   New York, NY 10010
9. Tel: 212-849-7000
10. Fax: 212-849-7100

11. *Attorneys for Plaintiffs*

12.

13. UNITED STATES DISTRICT COURT

14. CENTRAL DISTRICT OF CALIFORNIA

15.

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | Case No. 11-CV-10549-MRP (MANx) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | **APPLICATION TO FILE UNDER SEAL CERTAIN MATERIALS IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS** |
| Plaintiffs, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | Date:<br>Time:<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| Defendants. | |

-1-

Case No. 11-CV-10549-MRP (MANx)
AIG'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and as required by Paragraph 13 of the
2  Stipulated Protective Order entered in this case by this Court on August 15, 2013
3  ("Protective Order"), Plaintiffs American International Group, Inc. et al. ("AIG")
4  hereby respectfully seek leave to file under seal AIG's Memorandum of Points and
5  Authorities In Support Of Their Motion For Reconsideration Of The Court's
6  September 30, 2013 Order Dismissing Certain Claims, and concurrently filed
7  Declaration of James R. Asperger and Exhibits.

8  AIG seeks filing under seal on the ground that the documents at issue contain
9  Confidential Discovery Material as defined by the Protective Order, and thus AIG is
10 required, under Paragraph 13 of the Protective Order, to "conditionally file" the
11 Motion and attendant documents under seal.

13 DATED: October 15. 2013           RESPECTFULLY SUBMITTED.

By: /s/ James R. Asperger

James R. Asperger (SBN 83188)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for All Plaintiffs*