ORIGINAL

James R. Asperger (SBN 83188)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

*Attorneys for Plaintiffs*

FILED
2013 OCT 15 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-ML-02265-MRP (MANx)<br><br>Case No. 11-CV-10549-MRP (MANx)<br><br>**PROOF OF SERVICE**<br><br>Date:<br>Time:<br>Courtroom:  12<br>Judge:      Hon. Mariana R. Pfaelzer |

-1-

Case No. 11-CV-10549-MRP (MANx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is, 1511 West Beverly Blvd, Los Angeles CA 90026.

On October 15, 2013, I served true copies of the following document(s) described as

1). APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS.

2). PROPOSED ORDER RE IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS

3). PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS.

4). DECLARATION OF JAMES R. ASPERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS

on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2013, at Los Angeles, California.

_____
David Quintana
First Legal Messenger Service

**SERVICE LIST**

Richard St. John
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

David Halbreich
ReedSmith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071