Amy J. Greer (*pro hac vice*)
agreer@reedsmith.com
Jennifer L. Achilles (*pro hac vice*)
jachilles@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Attorneys for Countrywide Defendants*

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

*Attorneys for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-ML-02265-MRP (MANx)<br><br>Case No. 11-CV-10549-MRP (MANx)*<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL CERTAIN MATERIALS IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS**<br><br>Courtroom: 12<br>Judge:     Hon. Mariana R. Pfaelzer |

Based on the Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Plaintiffs' Memorandum of Points and Authorities In Support Of Their Motion For Reconsideration Of The Court's September 30, 2013 Order Dismissing Certain Claims, and concurrently filed Declaration of James R. Asperger and Exhibits, is to be filed under seal pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered in this case by this Court on August 15, 2013.

IT IS SO ORDERED.

Dated: October 22, 2013

_____
**Hon. Mariana R. Pfaelzer**