1 Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
2 Maria Ginzburg
mariaginzburg@quinnemanuel.com
3 **QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
4 51 Madison Avenue, 22nd Floor
New York, NY 10010
5 Tel: 212-849-7000
Fax: 212-849-7100

6 *Attorneys for Plaintiffs*

7 Amy J. Greer (*pro hac vice*)
agreer@reedsmith.com
8 Jennifer L. Achilles (*pro hac vice*)
jachilles@reedsmith.com
9 **REED SMITH LLP**
599 Lexington Avenue
10 New York, New York 10022
Tel: 212-521-5400
11 Fax: 212-521-5450

12 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | Case No. 11-CV-10549-MRP (MANx)* |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | **ORDER REGARDING THE BRIEFING SCHEDULE FOR AIG'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS** |
| Plaintiffs, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.* | Date:       N/A |
| | Time:       N/A |
| | Courtroom:  12 |
| Defendants. | Judge:      Hon. Mariana R. Pfaelzer |

# ORDER

Having considered the Joint Stipulation Regarding The Briefing Schedule For AIG's Motion For Reconsideration Of The Court's September 30, 2013 Order Dismissing Certain Claims ("Motion for Reconsideration"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following schedule shall apply:

| Event | Deadline |
| --- | --- |
| Hearing for the Motion for Reconsideration | November 19, 2013, at 1:30 p.m. |
| Defendants' Opposition to Motion For Reconsideration | October 28, 2013 |
| AIG's Reply in Support of Motion For Reconsideration | November 4, 2013 |

IT IS SO ORDERED.

Dated: October 24, 2013

_____

The Honorable Mariana R. Pfaelzer