James R. Asperger (SBN 83188)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| | Case No. 11-CV-10549-MRP (MANx)* |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | **ORDER REGARDING PLAINTIFFS' APPLICATION TO SEAL THEIR REDACTED REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2013 ORDER DISMISSING CERTAIN CLAIMS (ECF NO. 393)** |
| Plaintiffs, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer |

1  Based on the Application presented, and good cause appearing for the
2  entry thereof, IT IS HEREBY ORDERED:
3  Plaintiffs' Redacted Reply In Support Of Their Motion For
4  Reconsideration Of The Court's September 30, 2013 Order Dismissing Certain
5  Claims ("Redacted Reply"), ECF No. 393, is to be sealed and removed from public
6  access pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered in
7  this case by this Court on August 15, 2013.  AIG is to file a corrected version of the
8  Redacted Reply, ECF No. 393, forthwith.

10  IT IS SO ORDERED.

Dated: November 8, 2013

_____
Hon. Mariana R. Pfaelzer