Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02019
Tel: 617-570-1000
Fax: 617-523-1231

Countrywide Financial Corporation;
Countrywide Home Loans, Inc.;
Countrywide Securities Corporation;
CWABS, Inc.; CWALT, Inc.;
CWHEQ, Inc.; and CWMBS, Inc.

Marc T. Dworsky (SBN 157413)
marc.dworsky@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: 213-683-9100
Fax: 213-687-3702

David H. Fry (SBN 189276)
david.fry@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105
Tel: 415-512-4000
Fax: 415-644-6982

*Bank of America, National Association*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE- BACKED SECURITIES LITIG. | Case No. 11-ML-02265-MRP (MANx) |
| AMERICAN INTERNATIONAL GROUP, INC. *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10549-MRP (MANx)<br><br>**DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER GRANTING MODIFICATION OF PAGE LIMIT** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., and Bank of America, National Association (collectively, "Defendants") hereby apply for an *ex parte* order granting a modification of the 25-page limit imposed by Local Civil Rule 11-6 for their Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment, due to be filed June 16, 2014. Specifically, Defendants respectfully request an order permitting them to file a Memorandum of Points and Authorities in Support of Defendants Motion for Summary Judgment not to exceed one hundred (100) pages in length.

Good cause exists for granting this *ex parte* application, as set forth in the accompanying Memorandum of Points and Authorities and the Declaration of Brian C. Devine filed concurrently herewith. A copy of this *ex parte* application and the supporting papers have been served on all parties. Pursuant to Local Civil Rule 7-19, the name, address, telephone number, and email address of counsel for Plaintiffs American International Group, *et al.*, are attached hereto as Appendix A. As set forth in the accompanying Declaration of Brian C. Devine, Plaintiffs' counsel of record received notice of this *ex parte* application on June 10, 2014.

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants respectfully request an order permitting them to file a Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment not to exceed one hundred (100) pages in length. Defendants believe that good cause exists for this modification of the applicable page limit for the reasons set forth below.

On March 25, 2014, the Court issued an order setting June 16, 2014 as the deadline for the filing of preliminary summary judgment motions. Dkt. No. 498. Defendants intend to file a motion for summary judgment seeking, on various grounds, judgment as a matter of law with respect to all of Plaintiffs' remaining claims.

Over the course of the past several months, Defendants alone have taken over thirty depositions of current and former employees of Plaintiffs American International Group, *et al.* ("AIG"), and AIG has taken dozens of depositions both in this action specifically and *In re Countrywide Financial Corp. Mortg.-Backed Sec. Litig.*, No. 11-ML-02265-MRP (MANx), generally. Throughout the course of discovery in this matter, the parties have produced millions of pages in response to requests for production and have exchanged substantial written discovery (including, most notably, AIG's four ever-evolving responses to Defendants' Interrogatory 1(a), currently setting forth some 8,200 specific Countrywide statements allegedly read and relied upon by AIG).

As the Court is well aware, even following the dismissal of many of AIG's claims, this case involves thousands of alleged misrepresentations relating to hundreds of purchases by AIG of bonds in over 150 residential mortgage-backed securities. Defendants' requested modification to the page limit governing the Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment is warranted to permit a full explanation as to why, in light of

1  this substantial discovery record, Defendants are entitled to summary judgment with
2  respect to all of AIG's remaining claims.
3      Pursuant to the Local Civil Rules, Defendants notified all other parties of their
4  intent to file this *ex parte* application on June 10, 2014. *See* Declaration of Brian C.
5  Devine at ¶ 2. Counsel for AIG responded that they would consent to the page
6  extension only if counsel for Defendants agreed to two conditions: (1) Plaintiffs are
7  able to file an opposition brief of the same length; and (2) Plaintiffs receive a 30-day
8  extension to the deadline to file their opposition to Defendants' Motion for
9  Summary Judgment. *Id.* at ¶ 3. Counsel for Defendants informed Plaintiffs'
10 counsel that they were willing to assent to the first condition, but Defendants could
11 not assent to the proposed extension to the summary judgment briefing schedule
12 previously ordered by the Court. *Id.* Plaintiffs' counsel therefore refused to consent
13 to the relief sought herein. *Id.* at ¶ 4.
14     Accordingly, Defendants respectfully request an *ex parte* order permitting
15 them to file a Memorandum of Points and Authorities in Support of Defendants'
16 Motion for Summary Judgment not to exceed one hundred (100) pages.

-3-

DATED: June 11, 2014      RESPECTFULLY SUBMITTED,

By:     /s/ *Brian E. Pastuszenski*

Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
John B. Daukas (*pro hac vice*)
jdaukas@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Mark S. Raffman (*pro hac vice*)
mraffman@goodwinprocter.com
Adam M. Chud (*pro hac vice*)
achud@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: 202-346-4000
Fax: 202-346-4444

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., and CWALT, Inc., CWHEQ, Inc., and CWMBS, Inc.

| | | |
|---|---|---|
| DATED: June 11, 2014 | | RESPECTFULLY SUBMITTED, |

By: /s/ *David H. Fry (with permission)*

Marc T.G. Dworsky (SBN 157413)
marc.dworsky@mto.com
Stephen M. Kristovich (SBN 082164)
steve.kristovich@mto.com
Richard C. St. John (SBN 202560)
richard.stjohn@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: 310- 683-9100
Fax: 310-687-3702

David H. Fry (SBN 189276)
david.fry@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415-512-4000
Fax: 415-644-6982

*Attorneys for Defendant*
Bank of America, National Association

# **APPENDIX A**

For purposes of this *ex parte* application, the names, addresses, telephone numbers, and email addresses of counsel for Plaintiffs are as follows:

>Michael Carlinsky
>*michaelcarlinsky@quinnemanuel.com*
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue 22nd Floor
>New York, New York 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>Maria Ginzburg
>*mariaginzburg@quinnemanuel.com*
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue 22nd Floor
>New York, New York 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>Kevin Reed
>*kevinreed@quinnemanuel.com*
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue 22nd Floor
>New York, New York 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>          -and-
>
>David Grable
>*davegrable@quinnemanuel.com*
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>865 Figueroa Street, 10th Floor
>Los Angeles, California 90017
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the above-entitled cause. On June 11, 2014, I electronically filed the following document(s) using the CM/ECF system.

**DEFENDANTS' *EX PARTE* APPLICATION FOR MODIFICATION OF PAGE LIMIT;**

**DECLARATION OF BRIAN C. DEVINE IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION FOR MODIFICATION OF PAGE LIMIT; AND**

**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR MODIFICATION OF PAGE LIMIT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, Federal Express, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

**Gregory Joseph**
**Siobhan Briley**
**Pamela Jarvis**
Gregory P Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017

**Jordan W Siev**
Reed Smith
599 Lexington Avenue
New York, NY 10022

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on June 11, 2014, at San Francisco, California.

    Laura Weaver                                 
(Type or print name)                 (Signature)