Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:   617-570-1000
Fax:   617-570-1231

*Counsel for Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Home Loans, Inc., CWABS, Inc., CWALT, Inc., CWHEQ, Inc., and CWMBS, Inc.*

Marc T.G. Dworsky (SBN 157413)
marc.dworsky@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: 310-683-9100
Fax: 310-687-3702

David H. Fry (SBN 189276)
david.fry@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415-512-4000
Fax: 415-644-6982

*Counsel for Bank of America, National Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE- BACKED SECURITIES LITIG. | Case No. 11-ML-02265-MRP (MANx) |
| AMERICAN INTERNATIONAL GROUP, INC. *et al.*,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 11-CV-10549-MRP (MANx)<br><br>**DECLARATION OF BRIAN C. DEVINE IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION FOR MODIFICATION OF PAGE LIMIT** |

I, Brian C. Devine, declare:

1. I am an attorney with at the law firm of Goodwin Procter LLP, counsel for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., and CWMBS, Inc. in the above-captioned action. I submit this declaration in support of Defendants' *Ex Parte* Application for Modification of Page Limit. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2. On June 10, 2014, my partner Caroline H. Bullerjahn contacted Kevin Reed of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiffs American International Group, *et al.* ("Plaintiffs"), via electronic mail to inform Plaintiffs of Defendants' intent to file this *ex parte* application requesting a modification of the page limit applicable to the Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment in the above-captioned action, to a length not to exceed 100 pages and inquire as to whether Plaintiffs would consent to the relief requested.

3. On June 10, 2014, I subsequently participated in a telephonic meet-and-confer with counsel for Plaintiffs, including Mr. Reed, Maria Ginzburg, and David Grable of Quinn Emanuel Urquhart & Sullivan LLP, to discuss, among other matters, Defendants' requested modification of the page limit. Ms. Ginzburg responded that Plaintiffs would consent to Defendants' requested modification of the page limit only if counsel for Defendants agreed to two conditions: (1) Plaintiffs are able to file an opposition brief of the same length; and (2) Plaintiffs receive a 30-day extension to the deadline for filing their opposition to Defendants' Motion for Summary Judgment. We informed Plaintiffs' counsel that we were willing to assent to the first condition, but Defendants could not assent to the proposed extension to the summary judgment briefing schedule previously ordered by this Court.

4. Plaintiffs' counsel therefore refused to consent to the requested modification of the page limit for Defendants' Motion for Summary Judgment and informed Defendants' counsel that they should proceed to file this *ex parte* application with the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 11th day of June, 2014 at Boston, MA.

_____
BRIAN C. DEVINE