Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:   617-570-1000
Fax:   617-570-1231

*Counsel for Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Home Loans, Inc., CWABS, Inc., CWALT, Inc., CWHEQ, Inc., and CWMBS, Inc.*

Marc T.G. Dworsky (SBN 157413)
marc.dworsky@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: 310-683-9100
Fax: 310-687-3702

David H. Fry (SBN 189276)
david.fry@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: 415-512-4000
Fax: 415-644-6982

*Counsel for Bank of America, National Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE- BACKED SECURITIES LITIG. | Case No. 11-ML-02265-MRP (MANx) |
| AMERICAN INTERNATIONAL GROUP, INC. *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-10549-MRP (MANx)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS'** *EX PARTE* **APPLICATION FOR MODIFICATION OF PAGE LIMIT** |

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., CWMBS, Inc., and Bank of America, National Association (collectively, "Defendants") have submitted an *ex parte* application seeking an order granting a modification of the page limit applicable pursuant to Local Rule 11-6 to their memorandum of points and authorities in support of their motion for summary judgment, due to be filed on June 16, 2014, to a length not to exceed 100 pages.

Based on Defendants' application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Defendants may file a memorandum of points and authorities in support of their motion for summary judgment, due to be filed on June 16, 2014, not to exceed 100 pages.

IT IS SO ORDERED.

Dated: _____, 2014          _____
                                              Hon. Mariana R. Pfaelzer