James R. Asperger (SBN 83188)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>         Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>         Defendants. | Case No. 11-ML-02265-MRP (MANx)<br><br>Case No. 11-CV-10549-MRP (MANx)<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE OVER-LENGTH BRIEF**<br><br>Discovery Cut-off:    May 15, 2014<br>Final Pretrial Conf.:    None set<br>Trial Date:    None set<br><br>Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer |

1  Having considered the parties' moving papers related to the Defendants' *Ex Parte* Application for Leave to File Over-Length Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Defendants' memorandum in support of their motion for summary judgment shall not exceed 100 pages.

2. Plaintiffs' memorandum in opposition to defendants' motion for summary judgment shall not exceed 100 pages.

3. Plaintiffs' memorandum in opposition to defendants' motion for summary judgment shall be due on or before August 6, 2014.

4. Defendants' reply in support of their motion for summary judgment shall be due on or before August 27, 2014.

5. The hearing for the motions for summary judgment shall take place on a date and time to be ordered by this Court.

4. All other dates and deadlines in the Court's March 25, 2014 Scheduling Order, Dkt. No. 498, remain unchanged.

IT IS SO ORDERED.

Dated: _____, 2014     _____
                             Hon. Mariana R. Pfaelzer