| | |
|---|---|
| 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP | JS-6 |
| 2  James R. Asperger (SBN 83188) | |
| 3  jimasperger@quinnemanuel.com | |
|    865 South Figueroa Street, 10th Floor | |
| 4  Los Angeles, CA 90017 | |
| 5  Tel:  213-443-3000 | |
|    Fax:  213-443-3100 | |
| 6 | |
| 7  Michael B. Carlinsky | |
|    michaelcarlinsky@quinnemanuel.com | |
| 8  Maria Ginzburg | |
| 9  mariaginzburg@quinnemanuel.com | |
|    51 Madison Avenue, 22nd Floor | |
| 10 New York, New York 10010 | |
| 11 Tel: 212-849-7000 | |
|    Fax: 212-849-7100 | |
| 12 | |
| 13 *Attorneys for Plaintiffs* | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGED-BACKED SECURITIES LITIGATION | Case No. 11-ML-2265-MRP (MANx) |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | Courtroom: 12 |
| Plaintiff, | Judge:  Hon. Mariana R. Pfaelzer |
| vs. | Case No. 11-CV-10549-MRP (MANx)* |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

Case No. 11-CV-10549-MRP (MANx)
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

1   WHEREAS Plaintiffs American International Group, Inc., AIG Property
2 Casualty Co., AIG Securities Lending Corp., American General Life Insurance
3 Co., American Home Assurance Co., American International Group Retirement
4 Plan, Chartis Specialty Insurance Co., Commerce and Industry Insurance Co., Lex-
5 ington Insurance Co., National Union Fire Insurance Company of Pittsburgh, PA,
6 New Hampshire Insurance Company, The Insurance Company of the State of
7 Pennsylvania, The United States Life Insurance Company in the City of New
8 York, and The Variable Annuity Life Insurance Company (collectively, "Plain-
9 tiffs"), and Countrywide Financial Corporation, Countrywide Home Loans, Inc.,
10 Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., CWHEQ, Inc.,
11 CWMBS, Inc., and Bank of America, National Association (collectively, "Defend-
12 ants") have reached a settlement disposing of all claims asserted in the above-
13 captioned action (the "Action");
14   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
15 and between the parties, through their undersigned counsel, that, pursuant to Fed.
16 R. Civ. P. 41(a)(1)(A)(ii), the Action shall be, and hereby is, dismissed with preju-
17 dice, with each party to bear its own costs.

  SO ORDERED this 18th day of July, 2014.

  _____
  HON. MARIANA R. PFAELZER
  UNITED STATES DISTRICT JUDGE

-2-                             Case No. 11-CV-10549-MRP (MANx)
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE